| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282<br>Amanda Seabock, Esq., SBN 289900 |
| 3 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com<br>Attorneys for Plaintiff NEHEMIAH KONG |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEHEMIAH KONG,

    Plaintiff,

v.

LAZBEN INVESTMENT CO., a California Limited Partnership; and Does 1-10,

    Defendant.

Case No.: 2:21-CV-01196-RGK-AGR

**NOTICE OF SETTLEMENT**

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

Dated: November 18, 2021    CENTER FOR DISABILITY ACCESS

    By:   /s/ Amanda Seabock
        Amanda Seabock
        Attorney for Plaintiff