CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

STEPHEN E ABRAHAM (SBN: 172054)
stephen@abraham-lawoffices.com
LAW OFFICES OF STEPHEN ABRAHAM
1592 Pegasus Street Newport Beach,
Newport Beach, California 92660,
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
Attorney for Defendant
Lazben Investment Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　Plaintiff,<br><br>　v.<br><br>LAZBEN INVESTMENT CO., a California Limited Partnership; and Does 1-10,<br><br>　　Defendant. | Case: 2:21-CV-01196-RGK-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 4, 2022          CENTER FOR DISABILITY ACCESS

                                              By:   /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff

Dated: January 4, 2022          LAW OFFICES OF STEPHEN ABRAHAM

                                              By:   /s/Stephen E. Abraham
                                                    Stephen E. Abraham
                                                    Attorney for Defendant
                                                    Lazben Investment Co.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen E Abraham, counsel for Lazben Investment Co., and that I have obtained Stephen E Abraham authorization to affix his electronic signature to this document.

Dated: January 4, 2022            CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff